# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARIBAY,<br>    Plaintiff,<br><br>    v.<br><br>LORI E. MORGAN,<br>    Defendant. | CV 19-408 DSF (FFMx)<br><br>JUDGMENT |

Upon review of the record, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Juan Garibay shall have judgment in his favor in the amount of $8,652.50 against defendants Lori E. Morgan.

Defendant Lori E. Morgan is further ordered to provide accessible parking and an accessible sales counter at the property located at 900 Lomita Blvd., Harbor City, California, in compliance with the Americans with Disabilities Act Accessibility Standards.

Date: June 5, 2019

Dale S. Fischer
United States District Judge